UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                                  No. 1:25-MJ-129

        v.                                       COMPLAINT
                                              **PENALTY SHEET**

ERIC TERRELL,

        Defendant.
_____/

**Attempted Sexual Exploitation of a Child – 18 U.S.C. § 2251(a)**

**Mandatory Minimum Penalty:** 15 years' imprisonment [18 U.S.C. § 2251(e)]
**Maximum Penalty:** 30 years' imprisonment [18 U.S.C. § 2251(e)] and $250,000 fine [18 U.S.C. § 3571]
**Supervised Release:** 5 years to life [18 U.S.C. § 3583(k)]
**Special Assessment:** $100 [18 U.S.C. § 3013]
**Additional Special Assessment:** $5,000 [18 U.S.C. § 3014] and not more than $50,000 [18 U.S.C. § 2259A]
**Restitution:** Amount of direct and proximate harm [18 U.S.C. § 3663]; Mandatory [18 U.S.C. § 3663A]
**Other**: Sex offender registration

Date: March 5, 2025                                          */s/ Jonathan Roth*
                                                             Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046